Notice of voluntary dismissal GRANTED with prejudice.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| MEGAN J. SWINEY f/k/a MEGAN FLINT, | |
| Plaintiff, | Case No. 3:21-cv-02057-JGC |
| v. | |
| AMSHER COLLECTION SERVICES, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES MEGAN J. SWINEY f/k/a MEGAN FLINT ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, AMSHER COLLECTION SERVICES, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 10, 2022

Respectfully Submitted,

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com